

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa A. Harsha | Civil Action No.  20-cv-02186-RBB |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Cross-Motion for Summary Judgment is GRANTED.

Date:  6/2/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Cazares

A. Cazares, Deputy